FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 0 1 2005

JAMES W. McCORMACK, CLERK
By:_____
                        DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT ARKANSAS
EASTERN DIVISION

A.D. SMITH, ET AL            PLAINTIFFS

VS.          NO. HC-89-36

BOARD OF EDUCATION,
PALESTINE-WHEATLEY
SCHOOL DISTRICT, ET AL            DEFENDANTS

## ENTRY OF APPEARANCE

W. Frank Morledge, P.A., does hereby enter its appearance as attorney for Board of Education of the Palestine-Wheatley School District in this proceeding.

Respectfully Submitted,

W. FRANK MORLEDGE, P.A., #72085
Attorney for Said Defendant
205 N. Washington
P.O. Box 912
Forrest City, AR 72336-0912
(870) 633-9......

By: **Original Signed by W. Frank Morledge**
W. Frank Morledge

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that he has on this 27th day of May, 2005, duly served a copy of the foregoing instrument, by first class United States mail with sufficient postage thereon prepaid, upon the following counsel of record:

Mr. John W. Walker
1723 Broadway
Little Rock, AR 72206-1220

**Original Signed by W. Frank Morledge**
W. Frank Morledge