**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 0 1 2005

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| A.D. SMITH, ET AL | | PLAINTIFFS |
| VS. | NO. HC-89-36 | |
| BOARD OF EDUCATION, PALESTINE-WHEATLEY SCHOOL DISTRICT, ET AL | | DEFENDANTS |

## MOTION TO REOPEN

Defendant Board of Education of the Palestine-Wheatley School District, for its Motion to Reopen, states to the Court that:

1. Subsequent to the entry of the last order in this case, there has occurred a change in circumstance according to which said order should be modified, which requires the reopening of this case to active status.

WHEREFORE, PREMISES CONSIDERED, said Defendant prays that this matter be reopened, and for all other fit and proper relief.

Respectfully Submitted,

W. FRANK MORLEDGE, P.A., #72085
Attorney for Said Defendant
205 N. Washington
P.O. Box 912
Forrest City, AR 72336-0912
(870) 633-9531

By: __Original Signed by W. Frank Morledge__
W. Frank Morledge

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that he has on this 27th day of May, 2005, duly served a copy of the foregoing instrument, by first class United States mail with sufficient postage thereon prepaid, upon the following counsel of record:

Mr. John W. Walker
1723 Broadway
Little Rock, AR  72206-1220

**Original Signed by**
**W. Frank Morledge**
W. Frank Morledge