IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 22 2005

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

| | |
|---|---|
| A.D. SMITH, ET AL.,               * | |
| Plaintiffs,          * | |
| vs.                               * | No. 2:89CV00036 SWW |
| BOARD OF EDUCATION,               * | |
| PALESTINE-WHEATLEY                * | |
| SCHOOL DISTRICT, ET AL.,          * | |
| Defendants.          * | |

## ORDER

Before the Court is the motion of the Board of Education of the Palestine-Wheatley School District to reopen this case. There has been no timely response to the motion.

The Court finds that the motion [docket entry 58] should be and is hereby denied without prejudice. Defendant fails to provide the Court with sufficient information on which to base an informed decision.

SO ORDERED this 22 day of June 2005.

_____
CHIEF JUDGE
UNITED STATES DISTRICT COURT

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 6-23-05 BY VA

59

F I L E   C O P Y

vjt

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

June 23, 2005

* * MAILING CERTIFICATE OF CLERK * *

Re:   2:89-cv-00036.

True and correct copies of the attached were mailed by the clerk to the following:

    Sharon Carden Streett, Esq.
    Streett Law Offices
    Post Office Box 250418
    Little Rock, AR   72225-0418

    Fletcher Long Jr., Esq.
    Butler, Hicky, Long & Harris
    2216 North Washington Street
    Post Office Box 989
    Forrest City, AR   72335-0989

    John W. Walker, Esq.
    John W. Walker, P.A.
    1723 Broadway
    Little Rock, AR   72206-1220

    William Clay Brazil, Esq.
    Brazil, Adlong & Winningham, P.L.C.
    1315 Main Street
    Conway, AR   72034

    W. Frank Morledge, Esq.
    Attorney at Law
    205 North Washington
    Post Office Box 912
    Forrest City, AR   72335-0912

    cc: press

James W. McCormack, Clerk

Date: 6/23/05   BY: V. Turner