IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT ARKANSAS
EASTERN DIVISION

A.D. SMITH, ET AL                                             PLAINTIFFS

VS.                                NO. HC-89-36   [2:89CV036SWW]

BOARD OF EDUCATION,
PALESTINE-WHEATLEY
SCHOOL DISTRICT, ET AL                                     DEFENDANTS

## MOTION TO REOPEN

Defendant Board of Education of the Palestine-Wheatley School District, for its Motion to Reopen, states to the Court that:

1. Subsequent to the entry of the last order in this case, there has occurred a change in circumstance according to which said order should be modified, which requires the reopening of this case to active status;

2. By Order filed herein June 22, 2005, the Court denied a similar Motion filed herein June 1, 2005;

3. Upon the grant of this Motion, Defendant intends to file herein a Petition for Modification of the prior orders of this Court, in form and content identical to that set forth on Exhibit "A" attached hereto and incorporated herein by reference;

4. As stated in said exhibit, because of declining enrollment, decreased funding, and anticipated increased expenses, Defendant desires approval of the Court of those changes proposed in the exhibit.

WHEREFORE, PREMISES CONSIDERED, said Defendant prays that this matter be reopened, and for all other fit and proper relief.

> Respectfully Submitted,
>
> W. FRANK MORLEDGE, P.A., #72085
> Attorney for Said Defendant
> 205 N. Washington
> P.O. Box 912
> Forrest City, AR 72336-0912
> (870) 633-9531
>
> By: _____
> W. Frank Morledge

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that he has on this 30th day of June, 2005, duly served a copy of the foregoing instrument, by first class United States mail with sufficient postage thereon prepaid, upon the following counsel of record:

Mr. John W. Walker
1723 Broadway
Little Rock, AR 72206-1220

_____
W. Frank Morledge

Case 2:89-cv-00036-SWW   Document 60   Filed 07/05/05   Page 3 of 5

IN THE UNITED STATES DISTRICT COURT
ESTERN DISTRICT ARKANSAS
EASTERN DIVISION

A.D. SMITH, ET AL                                                             PLAINTIFFS

VS.                                 NO. HC-89-36

BOARD OF EDUCATION,
PALESTINE-WHEATLEY
SCHOOL DISTRICT, ET AL                                   DEFENDANTS

## PETITION FOR MODIFICATION

Board of Education of the Palestine-Wheatley School District, by its attorney, W. Frank Morledge, P.A., for its Petition for Modification, states to the Court that:

1. Under the present agreement of the parties, as reflected by the Orders of the Court, this Defendant is to maintain its sixth (6th) through ninth (9th) grade students on the Wheatley campus of the District;

2. This requires that the District maintain and use both the middle school and the junior high school on the Wheatley campus, at substantial expense;

3. Subsequent to the entry of the last Order of the Court enrollment in the District has declined, resulting in decreased funding to the District;

4. Additionally, the District has received its deficiency listing for the Wheatley campus middle school, conducted pursuant to the facilities review process conducted state wide, according to which the District would be required to expense substantial sums on the middle school;

5. Because of the decreasing financial resources of the District, and the increase in demands upon those resources, the Board has resolved, subject to approval of the Court, to move the ninth (9th) grade to the Palestine campus. This would allow the

EXHIBIT "A"

District to essentially close the middle school on the Wheatley campus, except for the cafeteria;

6. Grades fifth (5th) through eighth (8th) would be housed at the junior high building at the Wheatley campus;

7. The present enrollment of the ninth (9th) grade is sixty-one (61) students, of which only six (6) are from Wheatley;

8. The Board believes this proposal to be in the best interest of the patrons, and students of the District, and of the parties;

9. The prior Orders of the Court should be modified to provide that:

A. The ninth (9th) grade may be moved to the Palestine campus;

B. The middle school on the Wheatley campus may be closed, less and except the cafeteria;

C. Grades fifth (5th) through eighth (8th) may be housed at the junior high building on the Wheatley campus.

WHEREFORE, PREMISES CONSIDERED, Petitioner prays that the prior Orders of the Court be modified as set forth herein, and for all other fit and proper relief.

Respectfully Submitted,

W. FRANK MORLEDGE, P.A., #72085
Attorney for Said Defendant
205 N. Washington
P.O. Box 912
Forrest City, AR 72336-0912
(870) 633-9531

By:_____
W. Frank Morledge

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that he has on this _____ day of _____, 2005, duly served a copy of the foregoing instrument, by first class United States mail with sufficient postage thereon prepaid, upon the following counsel of record:

Mr. John W. Walker
1723 Broadway
Little Rock, AR  72206-1220

_____
W. Frank Morledge