IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| A.D. SMITH, ET AL., | * |
| | * |
| Plaintiffs, | * |
| | * |
| vs. | *   No. 2:89CV00036 SWW |
| | * |
| BOARD OF EDUCATION, | * |
| PALESTINE-WHEATLEY | * |
| SCHOOL DISTRICT, ET AL., | * |
| | * |
| Defendants. | * |

ORDER

Before the Court is the motion of the Board of Education of the Palestine-Wheatley School District to reopen this case for the purpose of making modifications to previous orders. There has been no timely response to the motion.

The Court finds that the motion [docket entry 60] should be and is hereby granted. The Clerk is hereby directed to reopen this case in order to allow defendant to file a petition for modification.

SO ORDERED this 26th day of July 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE