FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG - 8 2005

JAMES W. McCORMACK, CLERK
By: _____
                      DEP CLERK

IN THE UNITED STATES DISTRICT COURT
ESTERN DISTRICT ARKANSAS
EASTERN DIVISION

A.D. SMITH, ET AL                                              PLAINTIFFS

VS.                         NO. HC-89-36 SWW

BOARD OF EDUCATION,
PALESTINE-WHEATLEY
SCHOOL DISTRICT, ET AL                                         DEFENDANTS

## PETITION FOR MODIFICATION

Board of Education of the Palestine-Wheatley School District, by its attorney, W. Frank Morledge, P.A., for its Petition for Modification, states to the Court that:

1. Under the present agreement of the parties, as reflected by the Orders of the Court, this Defendant is to maintain its sixth (6th) through ninth (9th) grade students on the Wheatley campus of the District;

2. This requires that the District maintain and use both the middle school and the junior high school on the Wheatley campus, at substantial expense;

3. Subsequent to the entry of the last Order of the Court enrollment in the District has declined, resulting in decreased funding to the District;

4. Additionally, the District has received its deficiency listing for the Wheatley campus middle school, conducted pursuant to the facilities review process conducted state wide, according to which the District would be required to expense substantial sums on the middle school;

5. Because of the decreasing financial resources of the District, and the increase in demands upon those resources, the Board has resolved, subject to approval of the Court, to move the ninth (9th) grade to the Palestine campus. This would allow the

District to essentially close the middle school on the Wheatley campus, except for the cafeteria;

6. Grades fifth (5th) through eighth (8th) would be housed at the junior high building at the Wheatley campus;

7. The present enrollment of the ninth (9th) grade is sixty-one (61) students, of which only six (6) are from Wheatley;

8. The Board believes this proposal to be in the best interest of the patrons, and students of the District, and of the parties;

9. The prior Orders of the Court should be modified to provide that:

A. The ninth (9th) grade may be moved to the Palestine campus;

B. The middle school on the Wheatley campus may be closed, less and except the cafeteria;

C. Grades fifth (5th) through eighth (8th) may be housed at the junior high building on the Wheatley campus.

WHEREFORE, PREMISES CONSIDERED, Petitioner prays that the prior Orders of the Court be modified as set forth herein, and for all other fit and proper relief.

Respectfully Submitted,

W. FRANK MORLEDGE, P.A., #72085
Attorney for Said Defendant
205 N. Washington
P.O. Box 912
Forrest City, AR  72336-0912
(870) 633-9531

By: _____
W. Frank Morledge

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that he has on this 3rd day of August, 2005, duly served a copy of the foregoing instrument, by first class United States mail with sufficient postage thereon prepaid, upon the following counsel of record:

Mr. John W. Walker
1723 Broadway
Little Rock, AR 72206-1220

_____
W. Frank Morledge