IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| A.D. SMITH, ET AL., | * |
| Plaintiffs, | * |
| vs. | *   No. 2:89CV00036 SWW |
| BOARD OF EDUCATION, PALESTINE-WHEATLEY SCHOOL DISTRICT, ET AL., | * |
| Defendants. | * |

## ORDER

Before the Court is a petition filed by the Board of Education of the Palestine-Wheatley School District to modify previous Orders of the Court. There has been no timely objection to the petition.

The Court finds the petition should be and is hereby granted. The prior Orders of the Court are modified to provide that:

1. The ninth grade at the Wheatley campus may be moved to the Palestine campus;

2. The middle school on the Wheatley campus may be closed, less and except for the cafeteria; and

3. Grades five through eight may be housed at the junior high building on the Wheatley campus.

SO ORDERED this 30th day of August, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE