IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT ARKANSAS
EASTERN DIVISION

A.D. SMITH, ET AL                                        PLAINTIFFS

VS.                               NO. HC-89-36

BOARD OF EDUCATION,
PALESTINE-WHEATLEY
SCHOOL DISTRICT, ET AL                               DEFENDANTS

### PETITION FOR MODIFICATION

Board of Education of the Palestine-Wheatley School District, by its attorney, W. Frank Morledge, P.A., for its Petition for Modification, states to the Court that:

1. Under the present orders of the Court, this Defendant is required to house grades five (5) through eight (8) at the Junior High building on the Wheatley Campus;

2. Of the present enrollment of one hundred seventy six (176) students in grades five (5) through eight (8), one hundred thirty five (135) are residents of Palestine, eleven (11) are residents of Wheatley, three (3) are residents of Goodwin, and twenty seven (27) are residents of other areas of the district; the district is, therefore, suffering the expense of transportation of the greater number of the students so enrolled, as an unnecessary and inefficient expense;

3. Additionally, the district continues to suffer the cost of maintenance and repair of the Wheatley facilities, and funding for the repair to the facilities under the Academic Facilities Immediate Repair Program has been denied by the State of Arkansas;

4. The financial resources of the district continue to decline, with a present reduction in enrollment of fifty one (51) students from prior periods of which, at present

funding levels, is a reduction of Two Hundred Seventy Five Thousand Four Hundred Dollars ($275,400.00) per year;

    5. Unless relief is granted, the future of the district is dire;

    6. Petitioner believes that, if the district is to survive, to serve its students and patrons, it must be allowed to consolidate all grades on its Palestine Campus.

WHEREFORE, PREMISES CONSIDERED, Petitioner prays that the prior orders of the Court be modified as set forth herein, and for all other fit and proper relief.

    Respectfully Submitted,

    W. FRANK MORLEDGE, P.A., #72085
    Attorney for Petitioners
    205 N. Washington
    P.O. Box 912
    Forrest City, AR 72336-0912
    (870) 633-9531

    By: _____
        W. Frank Morledge

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that he has on this 28th day of February, 2006, duly served a copy of the foregoing instrument, by first class United States mail with sufficient postage thereon prepaid, upon the following counsel of record:

Mr. John W. Walker
1723 Broadway
Little Rock, AR 72206-1220

    _____
    W. Frank Morledge