# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

A. D. SMITH, ET AL

v.                                  NO. 2:89CV00036 SWW

PALESTINE-WHEATLEY SCHOOL
DISTRICT, ET AL

### ORDER

A hearing on plaintiffs' request for preliminary injunction filed in this matter will commence at **1:15 p.m.** on **Wednesday, March 15, 2006**, in Courtroom #530 of the Richard Sheppard Arnold United States Courthouse, Fifth Floor, 600 West Capitol, in **Little Rock**, Arkansas, before the Honorable Susan Webber Wright, United States District Judge.

If counsel for the parties desire the Court to examine any documents pertaining to this matter, those documents, *including the Court-approved Desegregation Plan*, shall be submitted to the Court *no later than 10:00 a.m. on Wednesday, March 15, 2006*, along with a list of any witnesses expected to be called at the hearing and a list of proposed exhibits.

IT IS SO ORDERED this 14th day of March, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE