## CLERK'S MINUTES

A. D. SMITH, ET AL
    Repr:  John Walker/Shawn Childs

VS.          CASE NO.  2:89CV00036 SWW

PALESTINE-WHEATLEY, ET AL
    Repr:  Frank Morledge/Mark Hagemeier

JUDGE: SUSAN WEBBER WRIGHT
REPORTER: Lois Lambert
CLERK: Sandy Carpenter
DATE:  3/15/06

## ACTION: HEARING

1:25 p.m.
    Court convenes for a hearing on request by Dorothy Smith for preliminary injunction.
    Court states that this case was reopened for making amendments.
    Mark Hagemeier orally moves to enter his appearance in this case for Department of Education.
    Court discusses the purpose of this hearing is that pltf has indicated she wanted a preliminary injunction because the Board has attempted to remove Smith from the School Board and alleges to replace her at the Board meeting on Monday; and the Court will determine today whether defts should be enjoined from replacing Smith; states factors to be considered.
    Court suggests stipulations that can be made as to some of the facts of this hearing in order to limit the proof; counsel state what they are in agreement with.
    Court will take proof on how Smith notified the Board of her doctor's excuse, how she received notice and will have to determine if she was properly notified. Court wants parties to confine proof to her giving the Board notice of her illness and Board giving her notice of her removal.
    Morledge states his problem with this action being filed as a part of this old case and inquires as to why it is not a separate action; arguments as to why Court should not go forward.

(CLERK OUT OF COURTROOM DURING PROCEEDINGS)

Recess at 3:00 p.m.
    Hagemeier is excused from hearing.
    Plaintiff's proof begins.
    Pltf's witnesses:      Dallas Brogden, Hurley Smith, John Manning
    Pltf's exhibits: Nos. 5, 6 and 7 - received
    Deft's exhibits: Nos. 1 and 2 - received

Court resumes at 3:11 p.m.
    Pltf's proof continues with Manning on stand.
Recess at 3:50 p.m.
    Court states findings that it believes Smith is trying to avoid receiving certified mail and notice; that despite irreparable harm, may not prevail on merits.
    Court will certify for immediate appeal and restates reasons for its ruling and findings; denies motion for injunction.

3:50 p.m.  Hearing concludes.

*(Following hearing, all exhibits were returned to counsel for each party by the courtroom deputy.)*

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DISTRICT

A. D. SMITH, ET AL.                                                                PLAINTIFFS

VS.                     CASE NO. 4:89CV00036SWW

PALESTINE-WHEATLEY SCHOOL
DISTRICT, ET AL.                                              DEFENDANTS

## PLAINTIFFS' WITNESS AND EXHIBIT LIST

Plaintiffs submits the following lists of witnesses who may called at the hearing and list of exhibits that may utilized the beginning at 1:15 p.m., March 15, 2006:

### Witnesses

1. John Manning;

2. Paul Blume;

3. Dorothy Smith;

4. Hurley Smith;

5. School Board members who may be present and who are presented on the school district's witness list; and

6. Plaintiffs reserve the right to call witnesses listed by the defendants.

### Exhibits

1. Disability Certificate from Dr. Pham dated January 26, 2006 receipt of which was acknowledged by John R. Manning dated January 27, 2006;

2. Letter to Dorothy Smith dated March 7, 2006 from Rodney Hicks;

3. Undelivered letter dated January 26, 2006 to Dorothy Smith from Rodney Hicks; and

4. Witness Statement from Dr. Pham.

                              Respectfully submitted,

/s/John W. Walker
John W. Walker, P.A.
1723 Broadway
Little Rock, Arkansas 72206
501-374-3758
501-374-4187 (facsimile)
Email:

## CERTIFICATE OF SERVICE

I do hereby state that a copy of the foregoing Witness and Exhibit lists have been forwarded to counsel for the Defendants via facsimile on this 15th day of March, 2006.

/s/ John W. Walker

5. Copy of certified Letter dated 1-26-06
6. Letter dated 2-16-06 given to all Board members
7. Letter that was given to Mrs. Smith dated 2-16-06

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

A.D. SMITH, ET AL                                                    PLAINTIFFS

VS.                                   NO. HC-89-36

BOARD OF EDUCATION,
PALESTINE-WHEATLEY
SCHOOL DISTRICT, ET AL                                              DEFENDANTS

## DEFENDANTS' WITNESS AND EXHIBIT LIST

1. Defendant Palestine-Wheatley School District witnesses may include:

   A. Mr. John Manning, Superintendent;

   B. Mr. Dallas Brogden, Chief of Wheatley Police.

2. Anticipated exhibits of this party include:

   A. Board Meeting Attendance List for Dorothy Smith;

   B. Disability Certificate of Dac Tat Pham, MD, dated January 26, 2006;

   C. Receipt for certified mailing dated January 27, 2006;

   D. Return certified mailing marked "Unclaimed";

   E. Letter of District dated January 26, 2006, with hand delivery noted in lower right-hand corner;

   F. Envelope with typed notation 2/6/06, containing letter dated January 26, 2006, District to Smith;

   G. Letter dated February 16, 2006, District to Smith, with hand written notations as to mailing;

   H. Envelope noting delivery by Superintendent on February 27, 2006, containing letter dated February 16, 2006, District to Smith;

   I. Agenda of Board Meeting March 6, 2006;

J. Letter mailed March 7, 2006, District to Smith, certified, with receipt for mailing on March 7, 2006.

Respectfully Submitted,

W. FRANK MORLEDGE, P.A., # 72085
Attorney for Defendant
205 N. Washington
P.O. Box 912
Forrest City, AR 72336-0912
(870) 633-9531

By: _____
W. Frank Morledge

## CERTIFICATE OF SERVICE

I do hereby certify that on this 15th day of March, 2006, I did serve a copy of the foregoing pleading on Mr. John W. Walker, by facsimile to 501-374-4187, and by United States First Class mail, with sufficient postage thereon prepaid, to:

Mr. John W. Walker, P.A.
1723 Broadway
Little Rock, AR 72206

_____
W. Frank Morledge
