IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| A.D. SMITH, ET AL., | * |
| Plaintiffs, | * |
| vs. | *   No.  2:89CV00036 SWW |
| BOARD OF EDUCATION OF THE PALESTINE-WHEATLEY SCHOOL DISTRICT, ET AL., | * |
| Defendants. | * |

ORDER

This matter came before the Court for a hearing on plaintiffs' request for a preliminary injunction. *See* docket entry 67. For the reasons stated at the conclusion of the hearing, the Court denies the request for preliminary injunction.

DATED this 15th day of March 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE