IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION


| | | |
|---|---|---|
| A.D. SMITH, ET AL., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | No.  2:89CV00036 SWW |
| | * | |
| BOARD OF EDUCATION OF THE | * | |
| PALESTINE-WHEATLEY SCHOOL | * | |
| DISTRICT, ET AL., | * | |
| | * | |
| Defendants. | * | |

ORDER

Before the Court is plaintiff's motion for reconsideration of this Court's Order denying plaintiff's request for a preliminary injunction.  The Court has reviewed the motion and brief and finds that the motion [docket entry 75] should be and is hereby denied.  Also before the Court is a motion filed by separate plaintiff Arkansas Department of Education ("ADE") to substitute Senior Assistant Attorney General Mark A. Hagemeier and Scott Smith, Chief Counsel for the ADE, as counsel of record, and to remove Sharon Carden Streett.  The motion [docket entry 77] is granted.

SO ORDERED this 20th day of March 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE