### *IN THE UNITED STATES DISTRICT COURT*
**WESTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

A. D. SMITH, ET AL

vs.                              NO.  2:89CV00036 SWW

PALESTINE-WHEATLEY SCHOOL
DISTRICT BOARD, ET AL

### ORDER

The Board of Education of the Palestine-Wheatley School District has filed a petition for modification of previous Court orders in this matter to consolidate all grades on its Palestine campus. Because plaintiffs are not in agreement, the Court has determined that a hearing would be helpful in resolving this petition.  Therefore, the Court hereby schedules such hearing for *9:30 a.m.* on **Friday, June 16, 2006**, in Room #530, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, in Little Rock, Arkansas.

IT IS SO ORDERED this 23rd day of March, 2006.


/s/Susan Webber Wright


UNITED STATES DISTRICT JUDGE