CLERK'S MINUTES

<u>Smith et al</u>
Plaintiff
  Repr by <u>John Walker</u>
          <u>Joyce Springer</u>

Judge Susan Webber Wright
Reporter: <u>Cheryl Nelson</u>
Clerk: <u>Mary Ann Rawls</u>
Date: <u>6-16-06</u>

v.                    Case No. <u>2:89 cv 36</u>

<u>Palestine-Wheatley et al</u>

Defendant
  Repr by <u>W. Frank Morledge</u>
<u>and Paul Blume</u>
<u>Arkansas Department of Education</u>
       <u>Mark Hasemeier</u>

Action: <u>Hearing</u>

Time:

9:30   court begins; case announced.
9:31   Morledge opens
9:50   Walker opens
10:16  evidence begins. Deft's burden.
10:17  John Manning sworn; direct by Morledge  D: 1-4 recd
11:00  noon recess until 1:30
1:45   court resumes with direct of Manning by Morledge; Defts 5-13 recd
2:05   witness steps down to take P's witness Floyd out of turn w/o objection
2:06   Dave Floyd sworn; direct by Walker; P's 2 & 13 recd
2:47   Cross by Morledge   P's 8 & 9 recd
3:07   redirect by Walker
3:08   witness excused - afternoon recess
3:25   court resumes   switch to Judy as reporter
3:26   John Parker sworn - taken out of turn by John Walker
3:50   witness stands down

Page No. 2
6-16-06 hearing

Case No. 2:89cv36
Smith v Palestine

Time:
| | |
|---|---|
| 3:51 | John Manning returns to stand; add'tl questions by Morledge |
| 3:55 | Cross by Walker begins |
| 4:58 | Court adjourns for the day; to resume on Wednesday at 10:00 am |