## CLERK'S MINUTES

A. D. SMITH, ET AL
    Repr:  John Walker

VS.          CASE NO.   2:89CV00036 SWW

PALESTINE-WHEATLEY, ET AL
    Repr:   Frank Morledge/Mark Hagemeier/Paul Blume

JUDGE: SUSAN WEBBER WRIGHT
REPORTER: Cheryl Nelson
CLERK: Sandy Carpenter
DATE:  6/21/06

## ACTION:  HEARING

10:14 a.m.
    Court convenes for a continuation of hearing on Palestine-Wheatley School District Board's motion to modify previous court order.
    Petitioner's proof continues with John Manning returning to stand; cross by Walker continues.

    (Clerk out of courtroom during proceedings)

Recess at 11:50 a.m.
    Additional witness: Patricia Martin

Court resumes at 12:00 p.m.
Morledge states that petitioner rests.
Walker moves that the request by petitioner be denied; states arguments.
    Response by Morledge.
        Reply by Walker.
Court states ruling and cannot find that District has presented a preponderance of evidence to show that this decree should be modified and has failed in its proof; District cannot move grades 5 - 8 to Palestine at this time.
Court directs that the court reporter make a transcript of its ruling which will be the Court's findings of fact and conclusions of law, and an order will be prepared that attaches the consent decree letter.
Court reserves the right to add or strike from the transcript for purposes of a final order.

12:27 p.m.  Hearing concludes.

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

A.D. SMITH, ET AL.                                                                PLAINTIFFS

CASE NO. 2:89CV00036SWW

PALESTINE-WHEATLEY SCHOOL DISTRICT, ET AL.           DEFENDANTS

**PLAINTIFFS' WITNESS LIST**

Plaintiffs hereby submit the following persons as possible witnesses:

1. Bobbie Davis, Arkansas Department of Education

6/21/06    #4    2. Patricia Martin, Arkansas Department of Education

6/16/06    #2    3. Dave Floyd, Arkansas Department of Education

6/16/06    #1    4. John Manning, Superintendent of Schools, Arkansas Department of Education

6/16/06    #3    5. John Parker, School Board Member, Palestine-Wheatley School District

6. Bill Ray, School Board Member, Palestine-Wheatley School District

7. Dorothy Smith, Former School Board Member, Palestine-Wheatley School District

8. Randall Holman, School Board Member, Palestine-Wheatley School District

9. Rodney Hicks, School Board Member, Palestine-Wheatley School District

10. Seymour Thomas, one of the Plaintiffs

11. Mayor Larry Nash of Wheatley, Arkansas

12. Plaintiffs reserve the right to call witnesses listed by the Defendants.

## PLAINTIFFS' EXHIBIT LIST

Plaintiffs hereby submit the following documents as possible exhibits:

1. Letter dated January 21, 2005 from Patricia Martin, Asst. Director of Finance, Arkansas Department of Education to John Manning  *rec'd as Deft's 5*

✓ 2. Letter dated January 25, 2005 to Patricia Martin, Asst. Director of Finance, Arkansas Department of Education from Superintendent John Manning with Legal Balance for 2004 and projected 2005  *rec'd as Deft's 6*

3. Letter dated February 7, 2005 from Superintendent Manning to Members of the Board of Education - Palestine-Wheatley

4. Letter dated March 3, 2005 from Patricia Martin, Asst Director of Finance, Arkansas Department of Education to Superintendent John Manning  *rec'd as Deft's 7*

5. Letter dated March 24, 2005 from Patricia Martin, Asst. Director of Finance, Arkansas Department of Education to Superintendent John Manning  *rec'd as Deft's 8*

6. Letter dated March 8, 2005 to John W. Walker from W. Frank Morledge

7. Letter dated June 29, 2005 from Superintendent John Manning regarding application for Academic Facilities Immediate Repair Program

✓ 8. Letter dated September 22, 2005 from Dave Floyd, Director of Academic Facilities and Transportation to Superintendent John Manning

✓ 9. Letter dated September 22, 2005 from Dave Floyd, Director of Academic Facilities and Transportation to Superintendent John Manning

10. Letter dated January 5, 2005 from Doug Eaton, Director of Academic Facilities and Transportation to Superintendent John Manning

11. Plaintiffs reserve the right to utilize exhibits listed by the Defendants.

                            Respectfully submitted,

                            /s/John W. Walker
                            John W. Walker, P.A.
                            1723 Broadway
                            Little Rock, Arkansas   72206
                            501-374-3758
                            501-374-4187(fax)
                            Email: johnwalkeratty@aol.com

## CERTIFICATE OF SERVICE

I do hereby state that the foregoing Witness and Exhibit Lists have been served on counsel for the Defendants, W. Frank Morledge, Attorney At Law, 205 North Washington, Forrest City, AR 72336 on this 16th day of June, 2006.

                            /s/John W. Walker

*[Handwritten notes:]*

P's 11 - 4-26-90 ADE memo to P-W about this

P's 12 — Statement of Values from Ark Ins Dept

✓ P's 13 - ~~Plaintiff's exhibit~~ # Academic Facilities Immediate Repair Program Application Form

AO 187A (Rev. 7/87)

Deft's Exhibit ~~WITNE~~SS LIST – CONTINUATION

| | | | VS. | | | CASE NO. |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF | ...ITNESSES |
| | 1 | 6-16-06 | | ✓ | Student listing by town – Manning | |
| | 2 | " | | ✓ | Wheatley campus savings | |
| | 3 | | | ✓ | List estimating cost of operations savings | |
| | 4 | | | ✓ | Letter from mike re cost of buses | |
| | 5 | | | ✓ | 6-21-05 ltr Dep of Ed to Manning | |
| | 6 | | | ✓ | 6-25-05 Ltr. Manning to Martin | |
| | 7 | | | ✓ | 3-3-05 Ltr Martin to Manning | |
| | 8 | | | ✓ | 3-24-05 Ltr Martin to Manning | |
| | 9 | | | ✓ | Cost of buses sheet | |
| | 10 | | | ✓ | Utilities, electric and gas | |
| | 11 | | | ✓ | check register, water & sewer | |
| | 12 | | | ✓ | check register, phone (centurytel) | |
| | 13 | | | ✓ | Insurance Invoice | |