

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JUN 21 2006**

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

| | |
|---|---|
| A.D. SMITH, ET AL.,        * | |
| *  | |
| Plaintiffs,        * | |
| *  | |
| vs.                        * | No.  2:89CV00036 SWW |
| *  | |
| BOARD OF EDUCATION OF THE  * | |
| PALESTINE-WHEATLEY SCHOOL  * | |
| DISTRICT, ET AL.,          * | |
| *  | |
| Defendants.        * | |

## ORDER

The Court directs the Clerk to file the attached letter dated February 13, 1990, as the

settlement agreement upheld by the Court in an Order entered on May 21, 1990.

DATED this 21st day of June 2006.

_____
UNITED STATES DISTRICT JUDGE

LASER SHARP, MAYES, WILSON, BUFFORD, & WATTS, P.A.

ATTORNEYS AT LAW
ONE SPRING STREET, SUITE 300
LITTLE ROCK, ARKANSAS 72201

SAM LASER
JACOB SHARP, JR.
S. HUBERT MAYES, JR.
RALPH R. WILSON
DAN F. BUFFORD
RICHARD N. WATTS
KEVIN J. STATEN
ALFRED F. ANGULO, JR.
WALTER A. KENDEL JR.
BRIAN ALLEN BROWN
PATRICK R. KIRBY
PENNY PUMPHREY
KAREN J. HUGHES

February 13, 1990

TELEPHONE: (501) 376-2981

TELECOPIER: (501) 376-2417

VIA FAX #214-767-8731

Mr. Augustus Taylor
Chief Conciliator
U.S. Department of Justice
1100 Commerce Street
Dallas, TX 75242

      Re:  Arkansas Department of Education
           Smith, et al v. Board of Education of the
           Palestine-Wheatley School District

Dear Mr. Taylor:

Pursuant to my letter to you of February 8, 1990, I wish to advise you and Mr. Walker that the School Board met last night in regular session and voted on the Plaintiffs' latest proposal outlined in your letter of February 5, 1990. The Board discussed their proposal at some length, but did not approve the proposal in total.

However, I am pleased to advise that the Board voted to make the following counter-proposal, which addresses most of the factors that I personally feel were important to Mr. Walker and his clients. The official counter-proposal of the Palestine/Wheatley School Board is as follows:

1. That the School District move the entire grades of 5, 6, 7 and 8 to the Wheatley campus.

2. That monthly School Board meetings be alternated between the two school campuses in Palestine and Wheatley.

3. That the School District establish an organized sports program for grades 6 and 7.

4. That all stationery and all printed material, including printing on school vehicles, have the name "Palestine-Wheatley."

Mr. Augustus Taylor
February 13, 1990
Page 2


     5.   That neither faculty at the Palestine campus or the
Wheatley campus shall be considered subordinate to the other.

     6.   That the District shall provide, for students in both
Palestine and Wheatley, two free telephones for the purpose of
contacting parents.

     7.   That the District will make efforts to create an
educational spirit in both communities, including the
establishment of a Palestine-Wheatley Parent Teachers
Association.

     8.   That the election of the new board will be pursuant to
single member districts and will meet all standards of the
Voting Rights Act and have final approval of the Voting Rights
section of the United States Department of Justice (if
necessary).

     9.   That the terms of office shall be three for (3) years,
two for (2) years, and two for (1) year.  Thereafter, each
member shall run for three year terms.

     10. That the mascot of the District shall be the
"Patriots" and school colors shall be red, white, and blue.

     11. That the Superintendent will not participate in any
School Board election.

     I believe this is a good faith response to the Plaintiffs'
latest proposal.  It should satisfy their primary concerns.
Hopefully, it will be well-received by Mr. Walker and his
people.  I am talking with John at noon today and will report
to you on the results of our conversation.

     Again, I appreciate your patience and understanding in
this matter and will keep you advised of our progress.

                              Sincerely,

                              Dan F. Bufford


DFB/ks
cc:  Mr. John Walker
     FAX #374-4187


3847D