IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION


A.D. SMITH, ET AL.,                       *
                                          *
              Plaintiffs,                 *
                                          *
vs.                                       *      No.  2:89CV00036 SWW
                                          *
BOARD OF EDUCATION OF THE                 *
PALESTINE-WHEATLEY SCHOOL                 *
DISTRICT, ET AL.,                         *
                                          *
              Defendants.                 *


ORDER

Before the Court is defendants' motion to modify the consent decree and allow them to consolidate all grades on the Palestine campus.  For the reasons stated in its Findings of Fact and Conclusions of Law delivered from the bench at the conclusion of the evidentiary hearing, the motion [docket entry 66] is hereby denied.

SO ORDERED this 22nd day of June 2006.

                                    /s/Susan Webber Wright

                                    UNITED STATES DISTRICT JUDGE