IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

A.D. SMITH                                                                                            PLAINTIFF

VS.                          CASE NO. 2:89CV036 SWW

BOARD OF EDUCATION OF THE
PALESTINE-WHEATLEY SCHOOL
DISTRICT, ET AL.                                                                                DEFENDANTS

## SEPARATE PLAINTIFF ADE'S RESPONSE TO PETITION FOR ATTORNEY'S FEES

Now comes Separate Plaintiff Arkansas Department of Education ("ADE"), by and through its counsel, and in response to the Petition for Attorney's Fees filed by Mr. John Walker, states:

1. ADE views Mr. Walker's Petition for Attorney's Fees as being made against only the Palestine-Wheatley School District.

2. ADE takes no position with regard to Mr. Walker's Petition for Attorney's Fees.

                Respectfully submitted,

                MIKE BEEBE
                Arkansas Attorney General

By:   /s/ Mark A. Hagemeier
       **MARK A. HAGEMEIER,** Ark. Bar # 94127
       Assistant Attorney General
       Counsel for ADE
       Arkansas Attorney General's Office
       323 Center Street, Suite 1100
       Little Rock, Arkansas 72201
       (501) 682-3643
       mark.hagemeier@arkansasag.gov

        /s/ Scott Smith
**SCOTT SMITH,** Ark. Bar # 92251
General Counsel for ADE
Arkansas Department of Education
#4 Capitol Mall, Rm 404-A
Little Rock, Arkansas 72201
(501) 682-4227
dssmith@arkedu.k12.ar.us

## CERTIFICATE OF SERVICE

I, Mark A. Hagemeier, Senior Assistant Attorney General, do hereby certify that on 17th day of March 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

**William Clay Brazil**
bamo@conwaycorp.net lanay@conwaycorp.net;wdeaton@conwaycorp.net

**John W. Walker**
johnwalkeratty@aol.com lorap72297@aol.com;jspringer@gabrielmail.com

I, Mark A. Hagemeier, Senior Assistant Attorney General, do hereby certify that I have served the foregoing by depositing a copy in the United States Mail, postage prepaid, this 13th day of July 2006, addressed to the following non-CM/ECF participants:

**Fletcher Long, Jr**
Butler, Hicky, Long & Harris
2216 North Washington Street
Post Office Box 989
Forrest City, AR 72335-0989

**W. Frank Morledge**
Attorney at Law
205 North Washington
Post Office Box 912
Forrest City, AR 72335-0912

        /s/ Mark A. Hagemeier
**MARK A. HAGEMEIER,** Ark. Bar # 94127

                Senior Assistant Attorney General
                Counsel for ADE
                Arkansas Attorney General's Office
                323 Center Street, Suite 1100
                Little Rock, Arkansas 72201
                (501) 682-3643
                mark.hagemeier@arkansasag.gov