

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

A.D. SMITH, *et al.*　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFFS

vs.　　　　　　　　　　No. 2: 89CV 0036

PALESTINE-WHEATLEY SCHOOL DISTRICT, *et al.*　　　　　DEFENDANTS

### RESPONSE TO PETITION FOR ATTORNEY'S FEES

Come now the Defendants, and, for their Response to the Plaintiffs' Petition for Attorney Fees, state as follows:

1. The hourly rate sought by the Plaintiffs for their counsel and their paralegal are excessive and not justified in their affidavits.

2. There is duplication of work between attorney John W. Walker and paralegal Joy Springer.

3. The costs sought by the Plaintiff, *viz.*, for the taking of depositions and the transcripts are not supported by any statement in their Brief nor in any affidavit. Therefore, the claim for hours and expenses relating to the depositions must be denied.

4. There is no authority granted to the courts in 42 U.S.C. §1988 for an award of fees to any non-attorney, other than an expert witness. Therefore, any award to the Plaintiffs for work by a paralegal is not permissible.

WHEREFORE, Defendants pray that the Plaintiffs' Petition for Attorney's Fees be denied; or in the alternative that such amounts sought in that Petition be significantly reduced.

Respectfully submitted,

/s/ W. Frank Morledge
W. FRANK MORLEDGE    No. 72085
205 North Washington
P.O. Box 912
Forrest City, Arkansas 72336-0912

and

W. PAUL BLUME    No. 79018
808 Martin Luther King Drive
Little Rock, Arkansas 72202
(501) 375-7922

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Response was mailed to Mr. John W. Walker, 1723 Broadway, Little Rock, Arkansas 72206, this 15th day of August, 2006.

W. PAUL BLUME